# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

**FILED MAILROOM**
**APR 23 2025**
[ALEXANDRIA, VIR]

## CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT

Re: <u>Eyerly v. Trump</u>, No. 1:25cv582 (PTG/LRV)

I, Matthew D. Eyerly (a/k/a Meredith Eyerly), BOP ID 71937-279, understand that I must pay a filing fee in the amount of $350.00 in the above styled action. Accordingly, I acknowledge that, pursuant to 28 U.S.C. § 1915(b), I must submit an initial partial filing fee equal to twenty percent (20%) of the greater of:

(a) the average monthly deposits to my trust account for the six-month period immediately preceding the submission of this action; or

(b) the average monthly balance in my trust account for the six-month period immediately preceding the submission of this action.

I further acknowledge that, after the submission of the initial partial filing fee, I must make additional monthly payments toward the remaining balance of the $350.00 filing fee. These monthly payments shall be equal to twenty percent (20%) of the preceding month's deposits to my inmate account, provided the balance of my inmate account is greater than $10.00. Accordingly, I agree to maintain a balance of twenty percent (20%) of the previous month's income in my account for payment to the Court. **I recognize that if I fail to maintain such a balance, my action will be <u>immediately</u> dismissed for failure to comply with the Court's order.**

I hereby consent for the appropriate jail or prison official(s) to withdraw from my trust account and forward to the United States District Court a partial initial filing fee and monthly payments as described above. I agree that if I am transferred prior to payment of the full fee, the balance owing will be reported to the new institution with directions to continue to withdraw funds from my account until the entire fee has been paid. **I acknowledge that payment will continue, if necessary, after resolution of this action until the full filing fee is paid, <u>even if my case is dismissed</u>.**

I also authorize collection of any amount of costs, sanctions, and/or fees which may be imposed by the Court as a result of or during this litigation, pursuant to 28 U.S.C. § 1915(f)(2)(B).

_____
Plaintiff's Signature

04/16/25
Date