IIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Matthew Eyerly,

   Plaintiff/ Pro Se,

v.

Donald J. Trump, et al.,

   Defendants.

Case No. 1:25-cv-582-PTG-LRV

## Correction of Clerical Error

And now comes Plaintiff, Matthew Eyerly, Pro Se to ask the court to correct a clerical error on the records. This is a formal request to amend the alias shown on the record. Plaintiffs alias is not Meredith Eyerly, but in fact is Maddison Eyerly. Please correct and amend this within the civil case. For referance note that on plaintiffs application for filling this claim she noted her chosen name as Maddison Eyerly.

<u>WHEREFORE</u>: The plaintiff humbly requests the court correct this error that is held within this case.

Respectfully Submitted this 24th day of April of 2025,

Matthew Eyerly a/k/a/ Maddison Danielle Eyerly

X. _____

Effecuated at FCC Petersburg, in Hopewell Virginia at 3:00 PM

## Decleration

I Matthew Eyerly the Plaintiff herein do swear the above to be true and correct to the best of my knowladge under penalty of purjy.

Matthew Eyerly a/k/a Maddison Danielle Eyerly

X. _____